## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| CORP GROUP BANKING S.A., | ) Bk. No. 21-10969-JKS |
| | ) |
| Debtor. | ) |
| _____ | ) |
| ALVARO JOSE SAIEH BENDECK, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Civil Action No. 26-429-JLH |
| | )  BK. BAP No. 26-19 |
| ITAU UNIBANCO, S.A. and | ) |
| AFFILIATES | ) |
| | ) |
| Appellee. | ) |
| _____ | ) |

## ORDER

At Wilmington, Delaware, this **1st day of May 2026;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

1. Appellant's Opening Brief shall be filed within 30 days after the filing of the designation of the record on appeal.

2. Appellees' Answering Brief shall be filed within 30 days after service of Appellant's Opening Brief.

3. Appellant's Reply Brief shall be filed within 14 days after service of Appellees' Answering Brief.


_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE