## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CORP GROUP BANKING S.A., *et al.,*<br><br><br>Debtors. | ) Chapter 11<br>)<br>) Bankruptcy Case No.: 21-10969 (JKS)<br>) Bankruptcy BAP No.: 26-19<br>)<br>) |
| ÁLVARO JOSE SAIEH BENDECK,<br><br>Appellant,<br><br>v.<br><br>ITAÚ UNIBANCO, S.A., *et al.,*<br><br>Appellees. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 26-429-JLH<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>ORDER</u>

At Wilmington, this 6th day of May 2026, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule (agreed to by the parties):

1. Appellant's brief in support of the appeal is due on or before **May 28, 2026.**

2. Appellees' brief in opposition to the appeal is due on or before **June 29, 2026.**

3. Appellant's reply brief is due on or before **July 13, 2026.**

_____
The Honorable Jennifer L. Hall
United States District Judge